Reset Form Print Form

Revised 12/20/11 (CP)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

FILED

OCT 30 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

CRIMINAL DESIGNATION FORM (To be completed by the U.S. Attorney)

CRIMINAL CATEGORY: 1. [X] General Criminal Felony
2. [ ] All Misdemeanor, Minor, and Petty Offenses

OFFENSE(S) CHARGED: Title and Section: Please see attachment.

Description of Offense: Please see attachment.

Statutory Penalty: Please see attachment.

1:26 CR 00499

THE UNITED STATES ATTORNEY CERTIFIES:

[X] This superseding indictment or superseding information supersedes and supplants the entire previously filed indictment or information.

[ ] This supplemental information adds a count or counts for a defendant (or defendants) in a previously filed indictment or information.

THE SUPERSEDING INDICTMENT, SUPERSEDING INFORMATION OR SUPPLEMENTAL INFORMATION TO BE DIRECTLY ASSIGNED TO THE SAME JUDGE

Case No 1:26CR00429 Judicial Officer Judge Charles Esque Fleming

This is a related case in that:

[ ] This indictment is returned against a defendant(s) who is pending trial or sentencing or is on probation or supervised release (Judge and Case No. below), and this new case involves only the said defendant(s); OR

[ ] This criminal prosecution arises out of the same criminal transaction or series of criminal transactions as are charged in

Case No Judicial Officer

**JUDGE FLEMING**

**MAG JUDGE ARMSTRONG**

Other Information:

Not Applicable.

(THIS RELATED CASE IS TO BE FILED BY RANDOM DRAW, AFTER WHICH REASSIGNMENT PURSUANT TO LCrR 57.9 MAY BE SOUGHT.)

**PREVIOUSLY FILED CRIMINAL CAUSE, IF ANY (INCLUDING COMPLAINTS)**

**CASE NO.** 1:26CR00429 Judicial Officer Judge Charles Esque Fleming

COUNTY THAT CONTROLS AS TO THE LOCATION OF COURT WHERE THIS CASE IS BEING FILED:

COUNTY: Cuyahoga (CHECK ONE) [ ] 1. DEFENDANT'S RESIDENCE [X] 2. SITUS OF ALLEGED CRIME
[ ] 3. OTHER

NAME AND ADDRESS OF DEFENDANT(S) AND DEFENSE ATTORNEY(S)

Custody: [ ] State or Local [ ] Federal [ ] Writ Required

Defendant(s):

Name: TREY MICHAEL NOLTE

Address: 406 Sumner St., Apt. A12

City, Zip: Akron, OH 44304

Telephone: 234-279-0527/denm_blackfire@yahoo.com

Attorney(s):

Name: N/A

Address:

City, Zip:

Telephone:

E-Mail:

Assistant US Attorney: Duncan T. Brown

Asset/Forfeiture handled by: James L. Morford

Date: 10/30/2026

**Telephone** 216.622.3933/3743

**U.S. v. Trey Eric Nolte - Designation Sheet Attachment**

AUSA Duncan T. Brown

Forfeiture AUSA: James L. Morford

Trey Michael Nolte

| Count(s) | Statute and Description of Offense | Statutory Sentence Per Count |
|---|---|---|
| 1 | 18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud and Mail Fraud | Maximum imprisonment: 20 years |
| | | Maximum Statutory fine: $ 250,000 |
| | | Maximum period of supervised release: 3 years |
| | | Special assessment: $100 |
| 2 | 18 U.S.C. § 1956(h): Money Laundering Conspiracy | Maximum imprisonment: 20 years |
| | | Maximum Statutory fine: $500,000 |
| | | Maximum alternative fine: twice the value of the property involved in the laundering transaction(s) |
| | | Maximum period of supervised release: 3 years |
| | | Special assessment: $100 |
| 3 | 18 U.S.C. § 1028(a)(7) and (f): Conspiracy to Commit Fraud in Connection with Identification Documents | Maximum imprisonment:10 years |
| | | Maximum Statutory fine: $250,000.00 |
| | | Maximum period of supervised release:3 years |
| | | Special assessment: $100 |
| 4 | 18 U.S.C. § 1028A(a)(1) and (2): Aggravated Identity Theft | Maximum imprisonment: 2 years |
| | | Special assessment: $100 |